United States Courts
Southern District of Texas
FILED

APR 19 2019

David J. Bradley, Clerk of Court

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Rodney Marshall
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Houston Police Department
Harris County District Attorney's Office
Harris County Jail
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rodney Marshall
All other names by which you have been known: ~~Harris County District Attorney's Office~~
ID Number: 00661104
Current Institution: Harris County Jail
Address: 1200 Baker St SPN# 006 61404 Cell 6M1A
Houston, TX 77002
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Harris County District Attorney's Office
Job or Title *(if known)*: Assistant District Attorney
Shield Number:
Employer: Harris County District Attorney Office
Address: 1201 Franklin
Houston, TX 77002
City / State / Zip Code

[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Harris County Jail
Job or Title *(if known)*:
Shield Number:
Employer: Harris County Jail
Address: 1200 Baker St
Houston, TX 77002
City / State / Zip Code

[ ] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Houston Police Department
Job or Title (if known): Police Officer
Shield Number:
Employer: Houston Police Department
Address: 1200 Travis
Houston, TX
City  State  Zip Code

[x] Individual capacity   [x] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

City  State  Zip Code

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Racism / Access to Courts

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Def 1. Harris bail was doubled because of race. HOA is known to be more strengthen on Blacks

Def 2. Plaintiff is not allowed to do research in case. Plaintiff was not allowed to attend court there is no information available to show what plaintiff has access to — Nothing No list / Officers refused to take plaintiff to court on court date

Def 3. Officer did not investigate, omitted evidence/statements / violated search/seizure — black on black crime

C. What date and approximate time did the events giving rise to your claim(s) occur?

Def 1. 3/21/19 Court
2. April/Feb Jail
3. 2/20/19 arrest site

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Def 1. Plaintiff has been exonerated in several cases. The ADA did not cite any reason for double bond. He looked at Plaintiff frowned shook head. I was also warned that he was prejudice especially against minorities

2. There is no information in dorms telling inmates about anything available to help w/case. Some attorneys do not explain all rights available — no research

3. IA 4 am Blacks involved, no investigation, incomplete report, no follow up

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Def 1. To make known to DA's office, Court & Public ADA violation(s) - racism, illegally holding plaintiff in custody

C.I. 2. To make access to the Courts available (at the present time only a cart comes around with limited motions. A week if a person wants to do research it's not available — inmate available - I was told only a judge can give me access to Court

3. To make HPD aware that officer is a racist. That he treats minorities different

(4) Def I has no complaintant

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? They send around a cart around. There is no list to say whats on the cart. If the person with the cart does not have knowledge of the information regested there is no remedy.
I asked where do I file a complaint against ADA? Reply: "I don't Know".

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No  There is no remedy

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?
   I tried District Attorney - No answer. Police officer rpt tied to DA's violation

2. What did you claim in your grievance?
   Racism / Police officer omitted information

3. What was the result, if any?
   None

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
   I was told there is no action to take against DA because there was no information available to send complaint

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: The library person pushing cart said they did not know of a place to file complaint against ADA

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Law Library / Asking for forms and Address

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. My case involves an racial officer who omits information in pol rpt, ADA who is known for his racial behavior and did allow police rpt. which is incomplete to proceed and county jail law librarian that has limited information. Plaintiff has no access to courts

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) The whole case is entwined to the ADA office. Instead of filing seperate complaint I put them all together. I did not want to waste the courts' time

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

 1. Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

 2. Court *(if federal court, name the district; if state court, name the county and State)*
    _____

 3. Docket or index number
    _____

 4. Name of Judge assigned to your case
    _____

 5. Approximate date of filing lawsuit
    _____

 6. Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

 7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    _____
    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/16/19

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Rodney Marshall
Prison Identification #: 00661104
Prison Address: 1200 Baker St, Houston, TX 77002

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Rodney Mackey
SPN: 02666116 Cell: 6M1A
Street: 1200 Baker St
HOUSTON, TEXAS 77002

aramark

United States Courts
Southern District of Texas
F I L E D
APR 19 2019
David J. Bradley, Clerk of Court

**INDIGENT**

Attn: David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.80°
0000334684 APR 17. 2019